UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE CROMPTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | 1:04-CV-5917 AWI SMS P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT<br>(DOCUMENT #20) |

　　　　Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On June 26, 2006, plaintiff filed a motion to extend time to file a second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted **THIRTY DAYS** from the date of service of this order in which to file his second amended complaint.

IT IS SO ORDERED.

**Dated:    July 6, 2006**　　　　　　　　　　/s/ Sandra M. Snyder
b6edp0　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE