UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWAYNE CROMPTON, | ) | 1:04-CV-5917 AWI SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND MOTION |
| | ) | FOR EXTENSION OF TIME TO FILE |
| v. | ) | SECOND AMENDED COMPLAINT |
| | ) | |
| USA, | ) | (DOCUMENT #22) |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 11, 2006, plaintiff filed a motion to extend time to file a second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted THIRTY (30) days from the date of service of this order in which to file his Second Amended Complaint. No further extensions will be granted but upon a showing of extreemely good cause.

IT IS SO ORDERED.

**Dated:   September 14, 2006**             /s/ Sandra M. Snyder
b6edp0                                     UNITED STATES MAGISTRATE JUDGE