# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE CROMPTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>USA,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 04 5917 AWI SMS P<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. 29) |

Dewayne Crompton ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action. Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

On December 5, 2006, Defendants filed a Motion to Dismiss the action. To date, Plaintiff has not filed an Opposition to the Motions or a Statement of Non-opposition, as is required by the Local Rules. Local Rule 78-230(m).

Accordingly, within **THIRTY (30) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss. **Plaintiff is**

**forewarned that his failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:    January 19, 2007              /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE