# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE ALBERT CROMPTON, | CASE NO. 1:04-cv-05917-AWI-SMS PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT BE DENIED, WITHOUT PREJUDICE, AS MOOT |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | (Doc. 28) |
| | OBJECTIONS, IF ANY, DUE WITHIN THIRTY DAYS |

Plaintiff Dewayne Albert Crompton ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action. Plaintiff initiated an action on June 10, 2004, along with co-plaintiff Gust Marion Janis. The court issued an order severing the co-plaintiffs' claims, directing the Clerk's Office to open this action for plaintiff Crompton, and ordering plaintiff Crompton to file an amended complaint. Plaintiff filed an amended complaint on March 21, 2005. On May 24, 2006, the court dismissed the amended complaint, with leave to amend, for failure to comply with Federal Rule of Civil Procedure 8(a). Plaintiff filed a second amended complaint on September 26, 2006.

For reasons unclear to the court, the United States filed a motion to dismiss or for summary judgment on December 5, 2006. The court had neither screened the second amended complaint and found it to state any cognizable claims, 28 U.S.C. § 1915A, nor ordered the United States Marshal to initiate service of process on any defendants named in the complaint. In a separate order issued concurrently with this finding and recommendation, the court screened plaintiff's second amended

1  complaint and found that it does not state any claims upon which relief may be granted.  Plaintiff was
2  granted one final opportunity to amend, and the United States was relieved of any obligation to file
3  a response until directed to do so by the court.
4       In light of the court's order, the United States' pending motion is moot and it is HEREBY
5  RECOMMENDED that the motion be denied, without prejudice, on that ground.
6       These Findings and Recommendations will be submitted to the United States District Judge
7  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**
8  **days** after being served with these Findings and Recommendations, the parties may file written
9  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
10 Findings and Recommendations."  The parties are advised that failure to file objections within the
11 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d
12 1153 (9th Cir. 1991).
13
14 IT IS SO ORDERED.
15 **Dated:   July 24, 2007**               /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28