# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE ALBERT CROMPTON, | CASE NO. 1:04-cv-05917-AWI-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE, AS MOOT |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | (Docs. 28 and 40) |

Plaintiff Dewayne Albert Crompton ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 25, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 25, 2007, is adopted in full; and

///

2. Defendant's motion to dismiss or for summary judgment, filed December 5, 2006, is DENIED, without prejudice, as moot.

IT IS SO ORDERED.

**Dated:   September 5, 2007**                    /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE