UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE ALBERT CROMPTON,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br><br>            Defendants.<br>_____/ | 1:04-cv-05917-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 43)<br><br>**ORDER DISMISSING ACTION** |

Plaintiff, Dewayne Albert Crompton ("plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 10, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1   In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 10, 2007, are ADOPTED IN FULL; and,

2. This action is DISMISSED, with prejudice, for plaintiff's failure to state a claim upon which relief may be granted, and for failure to obey a court order.

IT IS SO ORDERED.

**Dated:    November 2, 2007**                       /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE